PAUL K. CHARLTON
United States Attorney
District of Arizona

Michelle Hamilton-Burns
Assistant U.S. Attorney
40 North Central Avenue Suite 1200
Phoenix, Arizona 85004-408
Telephone: (602) 514-7500
State Bar No. 010269
michelle.hamilton@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br>v.<br><br>Cynthia Beers, et. al.<br><br>Defendants. | CR-06-00036-PHX-SRB<br><br>**NOTICE OF INTENTION TO OFFER EVIDENCE UNDER RULE 702, F.R.EVID.** |

The United States of America, by and through the United States Attorney, District of Arizona, hereby gives notice of its intention to introduce at trial the testimony of expert witness William C. Kerr, National Bank Examiner with the Comptroller of the Currency, pursuant to Rule 702, F.R.Evid.

Mr. Kerr will testify concerning his examination of the documents described in paragraph 7 of the Indictment in this case, as set forth below:

"STEVEN VERGARA and CYNTHIA BEERS, after having received notice of tax due and owing by VERGARA and BEER's clients, also sent or caused to be sent fictitious financial instruments with a face value of $409,430.23 and $3,403,833.61, resembling valid checks or

money orders, to the IRS, with instructions to apply the funds to tax due and owing. Although the financial instruments themselves, or the instructions attached by BEERS and VERGARA thereto, indicated that the instruments were backed by the United States Treasury, they in fact had no value."

Mr. Kerr has over 37 years of bank examining experience, with over 10 years of concentrated work in the area of financial fraud and fictitious banking operations. Mr. Kerr concludes that these two documents are fake, falsely drawn and have no material financial value or legal status. The instruction sent along with the above-described instruments also have no meaning and contain fictitious bank routing numbers.

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(1)(F) will occur as a result of this motion or an order based thereon

Respectfully submitted this 6th day of September, 2006.

                                          PAUL K. CHARLTON
                                          United States Attorney
                                          District of Arizona

                                          /S Michelle Hamilton-Burns

                                          Michelle R. Hamilton-Burns
                                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**jeffrey_williams@fd.org**
**ssilver@silverlockwood.com**


I hereby certify that on this 7th day of September, 2006, I mailed by U.S. mail, the attached document to defendant Steven Vergara at the following address:

P.O. Box 1244

Cottonwood, Arizona 86326

3