IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 06-0036-1-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Cynthia Beers, | |
| Defendant. | |

On Motion of defendant, Cynthia Beers, through undersigned counsel, moves this Court to Continue Trial and Extend Time to File Pretrial Motions, for the reason that counsel and defendant need more time to review the discovery and evaluate the dual-case options available with the coordination of Defendant's second case CR 10-878 PHX JAT, no objection from the government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Trial, Motion to Extend Time to File Pretrial Motions and Motion to Vacate Status Conference [docs. 280 and 282].

IT IS FURTHER ORDERED continuing Trial from August 3, 2010, to **November 2, 2010, at 9:00 a.m.**

IT IS FURTHER ORDERED extending time to file pretrial motions to **September 24, 2010.**

IT IS FURTHER ORDERED vacating Status Conference on July 19, 2010, at 4:00 p.m.

IT IS FURTHER ORDRED excluding time under Title 18 U.S.C. Section 3161(h)(1)(F) commencing on **August 4, 2010,** through **November 2, 2010.**

Dated this 14th day of July, 2010.

_____
Susan R. Bolton
United States District Judge